[No. 11306–2–I. Division One. May 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
A. WENDT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–04281–5, Jack Richey, J. Pro Tem.,
entered January 22, 1982. *Affirmed* by unpublished opinion

per Scholfield, J., concurred in by Andersen, C.J., and Williams, J.